**Electronically Filed
Supreme Court
SCPW-17-0000738
15-NOV-2017
08:12 AM**

SCPW-17-0000738

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

RENE UMBERGER, MIKE NAKACHI, KAʻIMI KAUPIKO, WILLIE KAUPIKO, CONSERVATION COUNCIL FOR HAWAIʻI, THE HUMANE SOCIETY OF THE UNITED STATES, and CENTER FOR BIOLOGICAL DIVERSITY, Petitioners,

vs.

THE HONORABLE JEFFREY P. CRABTREE, Judge of the Circuit Court of the First Circuit, State of Hawaiʻi, Respondent Judge,

and

DEPARTMENT OF LAND AND NATURAL RESOURCES, STATE OF HAWAIʻI, and PET INDUSTRY JOINT ADVISORY COUNCIL, Respondents.

ORIGINAL PROCEEDING
(CIVIL NO. 12-1-2625-10)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioners' petition for writ of mandamus, filed on October 23, 2017, petitioners' supplement to the petition for writ of mandamus, filed on October 30, 2017, the respective supporting documents, and the record, it appears that petitioners fail to demonstrate a clear and indisputable right to the requested relief. See United States v. Kellington, 217 F.3d 1084, 1095 n.12 (9th Cir. 2000); Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED:  Honolulu, Hawaiʻi, November 15, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

